FILED
2010 Oct-19  PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GARY K. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:10-cv-300-JHH-TMP |
| GENE HARGIS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation in this cause on September 22, 2010, recommending that the action be dismissed with prejudice because the claim under 42 U.S.C. § 1983 is barred by the two-year statute of limitation, apparent on the face of the complaint itself. Plaintiff filed his objections to the report and recommendation on October 6, 2010.  Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections to it, the court finds that the objections are due to be and hereby are OVERRULED, and the report is ADOPTED and the recommendation is ACCEPTED. Accordingly, by separate order, the court will dismiss this action with prejudice.

**DONE** this the   19th   day of October, 2010.

*/s/ James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE